IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GALE R. STREFF,                                    )
on behalf of himself and other past               )
and present employees similarly situated,         )
                                                   )
                        Plaintiffs,                )
                                                   )
v.                                                 )        Civil Action No. 04-CV-253
                                                   )
DJLB, INC., d/b/a ADVANTAGE MORTGAGE               )
SERVICE WEST and LAKESIDE MORTGAGE;                )        **ORDER OF DISMISSAL**
DEBRA J. BERRY; and DAVID L. BERRY,                )
                                                   )
                        Defendants.                )
_____)

This cause comes on to be heard on the parties' Joint Stipulation of Dismissal with Prejudice,

Filing No. 65.  The Court, being fully and duly advised in the premises, hereby orders, adjudges, and

decrees that the Complaint be dismissed with prejudice as to all of plaintiff's claims against the

defendants.

Dated this 25th day of July, 2005.

                                        s/ Joseph F. Bataillon
                                        The Honorable Joseph F. Bataillon
                                        United States District Judge

APPROVED:

REMBOLT LUDTKE LLP
1201 Lincoln Mall, Suite 102
Lincoln, Nebraska  68508
Telephone:  402-475-5100
Facsimile:  402-475-5087

By /s/ Mark A. Fahleson
      Mark A. Fahleson          # 19807

—- and —

(Signatures continued)

- 1 -

FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
Telephone:  316-267-6371
Facsimile:  316-267-6345

By /s/ Boyd A. Byers
    Boyd A. Byers        # 16253
    Sophie K. Counts    # 21245
      *Attorneys for Plaintiffs*


BERENS AND TATE, P.C.
10050 Regency Circle, Suite 400
Omaha, NE  68114
Telephone:  402-391-1991
Facsimile:  402-391-7363

By /s/ Rachel K. Alexander
    Christopher E. Hoyme   # 18993
    Rachel K. Alexander   # 22621
      *Attorneys for Defendants*